UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DEMETRIC SCOTT,

    Plaintiff,

v.

                                      Case No. 12-C-1303

DAVID A. CLARKE, JR., et al.,

    Defendants.

**ORDER FOR VIDEO CONFERENCE DEPOSITION
PURSUANT TO FED. R. CIV. P. 30(a)(2)B)**

Having reviewed the Motion for Leave to Take the Video Conference Deposition Upon Oral Examination of Plaintiff Pursuant to Fed. R. Civ. P. 30(a)(2)(B), filed by Defendant, David A. Clarke, Jr.,

**IT IS HEREBY ORDERED THAT:**

(1)    Defendant David A. Clarke, Jr. is granted leave to take the video conference deposition upon oral examination of the Plaintiff, Demetric D. Scott, a prisoner in the custody of Waupun Correctional Institution, 200 S. Madison St., Waupun, Wisconsin, for all purposes permitted by the Federal Rules of Civil Procedure, said deposition to be recorded by video graphic and stenographic means;

(2)    Audio/Video teleconference connection will be made between Waupun Correctional Institution and Whyte Hirschboeck Dudek S.C., 555 East Wells Street, Suite 1900, Milwaukee, Wisconsin;

(3) The administrator of Waupun Correctional Institution, or his or her designee, is directed to produce Plaintiff, Demetric D. Scott, at an appropriate location within Waupun Correctional Institution for the taking of his deposition commencing at 8:30 a.m. on June 18, 2013 and continuing thereafter for as long as may be required; and

(4) Plaintiff, Demetric D. Scott, is directed to appear for the taking of his deposition at the aforementioned time, date and location.

Dated this   22nd   day of May, 2013.

BY THE COURT

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court